**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01966-LTB

JOSE ROJAS TAPIA,

    Plaintiff,

v.

MAIL ROOM FLORENCE, CO MAX,
OIC FRISK,
OIC EVANS, and
COUNSELOR HANSEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Amend" (Doc. #14) and "Motion for Appointment [of] Counsel" (Doc. #15) filed in this action on October 11, 2011, are DENIED as moot because this action was dismissed by order filed on September 14, 2011. Plaintiff again is reminded that the instant action was dismissed without prejudice and that, if he wishes to pursue his claims, he must file a new action.

Dated: October 12, 2011